IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN BEARD,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　Plaintiff,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)　　CASE NO. 3:22-CV-219-WKW<br>　　　　　　　　　　　　　　　　)　　　　　　　　[WO]<br>RUSSELL COUNTY JAIL, *et al.*,　)<br>　　　　　　　　　　　　　　　　)<br>　　Defendants.　　　　　　　　　) | |

# ORDER

On July 7, 2022, the Magistrate Judge filed a Recommendation (Doc. # 7) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 7) is ADOPTED.

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 29th day of July, 2022.

　　　　　　　　　　　　　　　　　　　　/s/　W. Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE